## Certificate of Interest for Telebrands Corp.

1. The full name of every party represented is: TELEBRANDS CORP.

2. The name of the real party in interest represented is: TELEBRANDS CORP.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock in the party represented are: NONE.

4. The names of all law firms and partners or associates that appeared for the party represented in the trial court or agency or are expected to appear in this court are:

**COOPER & DUNHAM**
Robert T. Maldonado
Elana Araj

**LANCE LEE ATTORNEY AT LAW**
Lance Lee

**BOIES SCHILLER & FLEXNER LLP**
D. Michael Underhill
David Boies
Stacey Grigsby

Dated: December 30, 2015        */s/ David Boies*
David Boies
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

# **CERTIFICATE OF SERVICE**

I certify that on December 30, 2015, I electronically filed a copy of this CERTIFICATE OF INTEREST with the Clerk of the Court using the Court's Case Management/Electronic Case Filing ("CM/EMF") System, which will send a notification of electronic filing ("NEF") to all counsel of record who are registered CM/EMF users, including counsel of record for the Petitioners.

I further certify that this CERTIFICATE OF INTEREST is being served to the following counsel of record on December 30, 2015:

Thomas Dunlap
DUNLAP BENNET & LUDWIG PLLC
211 Church Street, SE
Leesburg, Virginia 20175

David Ludwig
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street, SE
Leesburg, VA 20175

Cortland Christopher Putbrese
DUNLAP BENNETT & LUDWIG PLLC
Suite 301
2307 East Broad Street
Richmond, VA 23223

Dated: December 30, 2015          /s/ Stacey K. Grigsby