## Certificate of Interest for Bed Bath and Beyond Inc.

1. The full name of every party represented is: BED BATH AND BEYOND INC.

2. The name of the real party in interest represented is: BED BATH AND BEYOND INC.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock in the party represented are: NONE.

4. The names of all law firms and partners or associates that appeared for the party represented in the trial court or agency or are expected to appear in this court are:

   **COOPER & DUNHAM**
   Robert T. Maldonado
   Elana Araj

   **LANCE LEE ATTORNEY AT LAW**
   Lance Lee

Dated: January 6, 2016        */s/ Robert T. Maldonado*
                              Robert T. Maldonado
                              **COOPER & DUNHAM LLP**
                              30 Rockefeller Plaza
                              New York, New York 10112

# CERTIFICATE OF SERVICE

I certify that on January 6, 2016, I electronically filed a copy of this CERTIFICATE OF INTEREST with the Clerk of the Court using the Court's Case Management/Electronic Case Filing ("CM/EMF") System, which will send a notification of electronic filing (NEF) to all counsel of record who are registered CM/EMF users, including counsel of record for the Petitioners Zuru, Ltd. and Tinnus, Ent.

I further certify that one original of this CERTIFICATE OF INTEREST is being served to the following counsel of record on January 6, 2016:

Thomas Mansfield Dunlap, Attorney
DUNLAP BENNETT & LUDWIG PLLC
Suite 1025
1725 Pennsylvania Avenue, N.W.
Washington, DC 20006

David Ludwig, Attorney
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street, SE
Leesburg, VA 20175

Cortland Christopher Putbrese
DUNLAP BENNETT & LUDWIG PLLC
Suite 301
2307 East Broad Street
Richmond, VA 23223

Dated: January 6, 2016
/s/ *Stacey K. Grigsby*
Stacey K. Grigsby
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: (202) 237-9619
Facsimile: (202) 237-613